UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave, Suite 200
Pennsauken, NJ 08109
(856) 528-0467
Shannonb@procapllc.com
*Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank*

Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Debra DeLuca

Case No.: 22-20127

Adv. No.:

Hearing Date: July 16, 2025 @ 9am

Judge: Michael B. Kaplan.

### CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered one (1) through three (3) is hereby **ORDERED.**

**DATED: July 16, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Debra DeLuca
Case No: 22-20127
Caption of Order: CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY
Page | 2

THIS MATTER having come before the Court on the Motion for Relief from Automatic Stay of Pro Cap 8 FBO Firstrust Bank (the "Creditor"), by and through Counsel, Shannon Burrini, Esquire, appearing, and the Debtor, Debra DeLuca, by and through Counsel, Young, Marr, Mallis & Deane, LLC, Paul H. Young, Esquire, having consented hereto and good cause having been shown;

IT APPEARING that Creditor is the holder of certain tax lien(s) 22-00725 (the "Tax Lien") secured by the Debtor's real estate located at 23 Barricklo Street, Township of Hamilton, NJ, Block 2191, Lot 7 (the "Property"); and

IT is hereby, ORDERED as follows:

1. Debtor shall pay all Creditor $1,272.04 on or before January 15, 2026. Debtor shall pay $212.01 directly to the Creditor on the 1st of each month, beginning with August 1, 2025, and ending with January 1, 2026; and

2. Debtor shall pay all outstanding post-petition obligations due and owing to the Township of Hamilton by August 31, 2025; and

3. In the event the Debtor fails to comply with the terms in Paragraphs 1 and 2, *supra*, fails to make any of the post-petition payments required to be made to the Township of Hamilton on account of the Property, or fails to make any payments under their Chapter 13 plan, within thirty (30) days of their due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days' notice to the Debtor and Debtor's counsel, setting forth the default in question.

4. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $250.00 on account of the legal fees and costs incurred in the prosecution of its motion.

5. Creditor will withdrawal their Proof of Claim upon the entry of this Order.

We hereby consent to the form and entry of the within Order.

**PRO CAPITAL MANAGEMENT III, LLC**

By: *Shannon Burrini*
Shannon Burrini, Esq.
Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank

By: *[signature]*
Paul H. Young, Esq.
Attorney for the Debtor, Debra DeLuca